UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 16-15037REF |
| IVAN L. JEFFREY, | : | Chapter 7 |
| Debtor | : | |
| In re: | : | |
| WILTON ARMETALE, INC., | : | Case No. 16-16779REF |
| a/k/a WAPITA, INC., | : | Chapter 7 |
| Plaintiff | : | |
| | : | |
| v. | : | Adv. No. 18-212 |
| | : | |
| IVAN L. JEFFREY, | : | |
| Defendant | : | |

# ORDER

AND NOW, this **13** day of November, 2018, upon my consideration of the Motion filed by Debtor, Ivan L. Jeffery ("Jeffery") in the Jeffery main bankruptcy case, Case No. 16-15037REF, For Sanctions Against Wilton Armetale, Inc. ("Wilton") For Violation of the Automatic Stay, the Response thereto filed by Wilton, and after hearing held on November 8, 2018 on Jeffery's Motion For Sanctions, after which I entered a bench Order:

(1) Administratively consolidating Jeffery's Motion For Sanctions in Case No. 16-15037REF and Jeffery's Motion To Dismiss the Complaint filed by Wilton in Adversary Case No. 18-212 (which Complaint was filed in the Wilton main bankruptcy case, Case No. 16-16779REF); and

(2) directing that a consolidated hearing be scheduled on Jeffery's Motion For Sanctions filed in Case No. 16-15037REF and Jeffery's Motion To Dismiss Complaint filed in Adv. No. 18-212,

AND upon my review of the pleadings filed in connection with Jeffery's Motion For Sanctions and the pleadings and briefs filed in connection with Jeffery's Motion To Dismiss Complaint, I find that consolidating these matters is not necessary to resolve either matter and would overly complicate and unduly delay both proceedings,

IT IS HEREBY ORDERED that the bench Order I entered on November 8, 2018 administratively consolidating and directing that a consolidated hearing be scheduled on these matters is VACATED.

IT IS FURTHER ORDERED that Jeffery shall file a brief in support of his Motion For Sanctions in Case No. 16-15037REF **by November 29, 2018.**

IT IS FURTHER ORDERED that Wilton shall file a brief in opposition to the Motion For Sanctions filed in Case No. 16-15037REF **by December 13, 2018.**[1]

BY THE COURT

RICHARD E. FEHLING
Chief United States Bankruptcy Judge

---

[1] The Response filed by Wilton to Jeffery's Motion For Sanctions is quite lengthy and contains citations to case law. It was filed, however, before Jeffery filed a brief in support of his Motion For Sanctions. I shall therefore provide Wilton with an opportunity to file a brief in opposition to Jeffery's Motion For Sanctions so he may address the arguments Jeffery raises in his brief.

Both Jeffery and Wilton have filed briefs on Jeffery's Motion To Dismiss the Complaint filed in Adv. No. 18-212, so there is no need to direct that additional briefs be filed at this time.