# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re: WILTON ARMETALE, INC.** <br> **a/k/a WAPITA, INC.,** <br> Debtor | : Chapter 7 <br> : <br> : Case No. 16-16779-REF |
| **WILTON ARMETALE, INC.** <br> **a/k/a WAPITA, INC.,** <br> Plaintiff <br> <br> vs. <br> **IVAN L. JEFFERY,** <br> Defendant | : <br> : <br> : <br> : Adversary No. 18-00212-REF <br> : <br> : <br> : <br> : |

## JURISDICTIONAL STATEMENT

Pursuant to this Court's request at the December 18, 2018 hearing in this matter, the Defendant Ivan L. Jeffery states that this adversary proceeding is a non-core proceeding and that the Defendant consents to this Court's entry of final orders herein as provided by 28 U.S.C. §157(c)(2).

LEISAWITZ HELLER ABRAMOWITCH PHILLIPS, P.C.

Dated: January 2, 2019      By:   */s/ Charles J. Phillips*
Charles J. Phillips, Esquire
2755 Century Boulevard
Wyomissing, PA   19610
610-372-3500
*Attorneys for Defendant, Ivan L. Jeffery*

{01349619 }